## ORDER OF COURT

Upon consideration of the oral argument by counsel and the briefs and record submitted in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Petition for Writ of Certiorari is DENIED as having been improvidently granted.

**RIVAL 1981—IV DRILLING PROGRAM, LTD.,** Petitioner,

v.

**GUARANTY BANK & TRUST,** Respondent.

No. 86SC401.

Supreme Court of Colorado,
En Banc.

April 29, 1988.
Rehearing Denied May 16, 1988.*

## ORDER OF COURT

Upon consideration of the oral argument by counsel and the briefs and record submitted in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Petition for Writ of Certiorari is DENIED as having been improvidently granted.

**Iris WELLS, Plaintiff–Appellant,**

v.

**DEL NORTE SCHOOL DISTRICT C–7,** Defendant–Appellee.

No. 85CA0246.

Colorado Court of Appeals,
Div. II.

Oct. 15, 1987.
Rehearing Denied Nov. 19, 1987.
Certiorari Denied April 11, 1988.

* Justice Lohr would grant.